**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**


GEORGE GEISINGER,

        Plaintiff,

vs.                                                                          CASE NO. 3:09cv439/RS-EMT

SEQUA CORPORATION, a foreign
corporation, d/b/a CHROMALLOY GAS
TURBINE, LLC,

        Defendant.
_____/

## ORDER

Before me is the Joint Stipulation Of Dismissal (Doc. 35).

**IT IS ORDERED:**

1.      This case is dismissed with prejudice.

2.      The clerk is directed to close the file.


**ORDERED** on May 7, 2010.


        /S/ Richard Smoak
        **RICHARD SMOAK**
        **UNITED STATES DISTRICT JUDGE**